[No. 10255–9–I.   Division One.   December 12, 1983.]

RICHARD KULLA, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 41849, Harry A. Follman, J., entered April 20, 1981. *Affirmed* by unpublished opinion per Callow, J., con-

curred in by Durham, A.C.J., and Corbett, J.